# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: § 
 § 
VERANDA WILLIAMS § Case No. 13-05091
 § 
  Debtor § 

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 02/11/2013 . The undersigned trustee was appointed on 09/03/2015 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of          $   2,268,848.05

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim disbursement | 0.00 |
   | Administrative expenses | 887,095.70 |
   | Bank service fees | 0.00 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1] | $ 1,381,752.35 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6.  The deadline for filing non-governmental claims in this case was  01/19/2016  and the deadline for filing governmental claims was  01/19/2016 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7.  The Trustee's proposed distribution is attached as **Exhibit D**.

     8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 55,336.54 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 55,336.54 , for a total compensation of $ 55,336.54 $^{2}$.  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 $^{2}$.

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 09/29/2017                    By: /s/BARRY A. CHATZ
                                               Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

$^{2}$ If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 13-05091 | TAB | Judge: | Timothy A. Barnes | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|---|---|---|
| Case Name: | VERANDA WILLIAMS | | | | Date Filed (f) or Converted (c): | 02/11/2013 (f) |
| | | | | | 341(a) Meeting Date: | 04/04/2013 |
| For Period Ending: | 09/29/2017 | | | | Claims Bar Date: | 01/19/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Real estate - 8231 South Saginaw Avenue, Chicago | 70,180.00 | 0.00 | | 0.00 | FA |
| 2. Household goods and furnishings | 1,200.00 | 0.00 | | 0.00 | FA |
| 3. BANK ACCOUNTS | 0.00 | 0.00 | | 0.00 | FA |
| 4. Wearing apparel | 1,000.00 | 0.00 | | 0.00 | FA |
| 5. Jewelry | 100.00 | 0.00 | | 0.00 | FA |
| 6. Automobiles, Trucks and Vehicles | 5,500.00 | 0.00 | | 0.00 | FA |
| 7. Animals | 50.00 | 0.00 | | 0.00 | FA |
| 8. Cause of Action (u) | Unknown | 0.00 | | 2,268,848.05 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)      $78,030.00      $0.00      $2,268,848.05      $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Single asset is personal injury case being prosecuted by attorney Thomas F. Boleky as Special Counsel.
Judge ruled $8.7 million verdict reduced to $2.2 million.

| | | | |
|---|---|---|---|
| RE PROP # | 1 | -- | Personal home located at 8231 South Saginaw Avenue, Chicago, IL 60617 |
| RE PROP # | 2 | -- | Washer, dryer, refrigerator, stove, 2 beds, 2 TVs, 2 DVDs, desktop, laptop computer and various household furnishings, deep freezer, school books, CDs<br>Petition value was decreased by the filing of Amendment to Schedule B on 9/2/15 |
| RE PROP # | 3 | -- | Chase Bank checking account and Chase Bank savings account |
| RE PROP # | 4 | -- | Personal clothing of Debtor |
| RE PROP # | 5 | -- | Earrings, bracelets, necklace<br>Petition value was decreased by the filing of Amendment to Schedule B on 9/2/15 |
| RE PROP # | 6 | -- | 2003 Nissan Murano |
| RE PROP # | 7 | -- | One cat (pet)<br>Petition value was decreased by the filing of Amendment to Schedule B on 9/2/15 |
| RE PROP # | 8 | -- | Medical malpractice case<br>2010 L 003878 Veranda L. Williams v. Northwestern Memorial Hospital, et al.<br>Case is set for trial in October 2016.<br>Verdict reduced to $2.2 million minus fees and costs to be paid. |

Exhibit A

Initial Projected Date of Final Report (TFR): 12/31/2016    Current Projected Date of Final Report (TFR): 12/31/2018

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

Case No: 13-05091  
Case Name: VERANDA WILLIAMS  

Trustee Name: BARRY A. CHATZ  
Bank Name: Union Bank  
Account Number/CD#: XXXXXX0920  
                    Checking  

Taxpayer ID No: XX-XXX9941  
For Period Ending: 09/29/2017  

Blanket Bond (per case limit): $5,000,000.00  
Separate Bond (if applicable):  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/23/17 | 8 | NORTHWESTERN MEMORIAL HEALTHCARE<br>541 N. FAIRBANKS CT. 16TH FLOOR<br>CHICAGO, IL  60611 | SETTLEMENT FUNDS | 1249-000 | $2,268,848.05 | | $2,268,848.05 |
| 08/29/17 | 400001 | Thomas F. Boleky and Beutel Hurst Boleky LLC<br>350 North laSalle Street<br>Suite 810<br>Chicago, IL 60654 | ATTORNEY FEES AND EXPENSES | 3210-000 | | $887,095.70 | $1,381,752.35 |

|   |   |   |
|---|---|---|
| COLUMN TOTALS | $2,268,848.05 | $887,095.70 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $2,268,848.05 | $887,095.70 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $2,268,848.05 | $887,095.70 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*                    Page Subtotals:           $2,268,848.05    $887,095.70

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0920 - Checking | $2,268,848.05 | $887,095.70 | $1,381,752.35 |
|  | $2,268,848.05 | $887,095.70 | $1,381,752.35 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $2,268,848.05 |
| Total Gross Receipts: | $2,268,848.05 |

## Claims Distribution Register

### Case: 13-05091-TAB VERANDA WILLIAMS

| Claim # | Date | Pri | Claimant Proof/<Category>/Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| | | | **Ch. 7 Admin Claims** | | | | | |
| | | 100 | BARRY A. CHATZ<br>161 N. CLARK STREET<br>SUITE 4200<br>CHICAGO, IL  60601<br><2100-00 Trustee Compensation> | 55,336.54 | 55,336.54 | 0.00 | 55,336.54 | 55,336.54 |
| | | 100 | BARRY A. CHATZ<br>161 N. CLARK STREET<br>SUITE 4200<br>CHICAGO, IL  60601<br><2200-00 Trustee Expenses> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 100 | GREGORY K. STERN, P.C.<br>53 WEST JACKSON BOULEVARD<br>SUITE 1442<br>CHICAGO, IL  60606<br><3210-00 Attorney for Trustee Fees (Other Firm)> | 10,475.50 | 10,475.50 | 0.00 | 10,475.50 | 10,475.50 |
| | | 100 | GREGORY K. STERN, P.C.<br>53 WEST JACKSON BOULEVARD<br>SUITE 1442<br>CHICAGO, IL  60606<br><3220-00 Attorney for Trustee Expenses (Other Firm)> | 28.18 | 28.18 | 0.00 | 28.18 | 28.18 |
| | Total for Priority 100  100.00 % Paid | | | 65,840.22 | 65,840.22 | 0.00 | 65,840.22 | 65,840.22 |
| | Total for Ch. 7 Admin Claims: | | | 65,840.22 | 65,840.22 | 0.00 | 65,840.22 | 65,840.22 |
| | | | **Unsecured Claims** | | | | | |
| 1 | 11/17/15 | 300 | Navient Solutions, Inc.<br>Department Of Education<br>Loan Services<br>P.O. Box 9635<br>Wilkes-Barre, Pa 18773-9635<br><7100-00 General Unsecured 726(a)(2)> | 26,039.79 | 26,039.79 | 0.00 | 26,039.79 | 26,039.79 |
| 2 | 11/17/15 | 300 | Navient Solutions Inc.<br>220 Lasley Ave<br>Wilkes-Barre, Pa 18706<br><7100-00 General Unsecured 726(a)(2)> | 19,422.88 | 19,422.88 | 0.00 | 19,422.88 | 19,422.88 |
| 3 | 01/18/17 | 300 | Equian, Recovery Agent For<br>Hcsc, Bsbs Of Illinois<br>9390 Bunsen Parkway<br>Louisville, Ky 40220<br><7100-00 General Unsecured 726(a)(2)> | 66,000.00 | 66,000.00 | 0.00 | 66,000.00 | 66,000.00 |
| 4 | 01/19/17 | 300 | Lakeshore Anesthesia<br>1733 Washington Street<br>Suite 201<br>Waukegan, Illinois 60085<br><7100-00 General Unsecured 726(a)(2)> | 10.00 | 10.00 | 0.00 | 10.00 | 10.00 |
| 5 | 01/19/17 | 300 | At&T<br>8014 Bayberry Rd<br>Jacksonville, Fl 32256 | 317.00 | 317.00 | 0.00 | 317.00 | 317.00 |

(*) Denotes objection to Amount Filed

# Claims Distribution Register

## Case: 13-05091-TAB VERANDA WILLIAMS

| Claim # | Date | Pri | Claimant<br>Proof/<Category>/Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| | | | <7100-00 General Unsecured 726(a)(2)> | | | | | |
| 6 | 01/19/17 | 300 | Our Lady Of Resurrection<br>861 Coronado Ctr Dr<br>Henderson, Nv 89052 | 1,288.00 | 1,288.00 | 0.00 | 1,288.00 | 1,288.00 |
| | | | <7100-00 General Unsecured 726(a)(2)> | | | | | |
| 7 | 01/19/17 | 300 | University Of Illinois, Dept. Of Gynecology<br>P.O. Box 1010<br>Tinley Park, Illinois 60477 | 113.00 | 113.00 | 0.00 | 113.00 | 113.00 |
| | | | <7100-00 General Unsecured 726(a)(2)> | | | | | |
| 8 | 01/19/17 | 300 | University Of Illinois, Dept. Of Psychiatry<br>P.O. Box 1010<br>Tinley Park, Illinois 60477 | 140.00 | 140.00 | 0.00 | 140.00 | 140.00 |
| | | | <7100-00 General Unsecured 726(a)(2)> | | | | | |
| 9 | 01/19/17 | 300 | University Of Illinois, Dept. Of Psychiatry<br>1460 Renaissance Drive<br>Park Ridge, Illinois 60068 | 282.00 | 282.00 | 0.00 | 282.00 | 282.00 |
| | | | <7100-00 General Unsecured 726(a)(2)> | | | | | |
| 10 | 01/19/17 | 300 | University Of Illinois, Dept. Of Anesthesia<br>1460 Renaissance Drive<br>Park Ridge, Illinois 60068 | 86.00 | 86.00 | 0.00 | 86.00 | 86.00 |
| | | | <7100-00 General Unsecured 726(a)(2)> | | | | | |
| 11 | 01/19/17 | 300 | University Of Illinois, Dept. Of Surgery<br>1460 Renaissance Drive<br>Park Ridge, Illinois 60068 | 179.00 | 179.00 | 0.00 | 179.00 | 179.00 |
| | | | <7100-00 General Unsecured 726(a)(2)> | | | | | |
| 12 | 01/19/17 | 300 | Bank Of America<br>Po Box 982235<br>El Paso, Tx 79998 | 690.00 | 690.00 | 0.00 | 690.00 | 690.00 |
| | | | <7100-00 General Unsecured 726(a)(2)> | | | | | |
| 13 | 01/19/17 | 300 | University Of Illinois Hospital<br>8332 Innovation Way<br>Chicago, Illinois 60682 | 297.00 | 297.00 | 0.00 | 297.00 | 297.00 |
| | | | <7100-00 General Unsecured 726(a)(2)> | | | | | |
| 14 | 01/19/17 | 300 | University Of Chicago Pathology<br>4810 Paysphere Circle<br>Chicago, Illinois 60674 | 160.00 | 160.00 | 0.00 | 160.00 | 160.00 |
| | | | <7100-00 General Unsecured 726(a)(2)> | | | | | |
| 15 | 01/19/17 | 300 | City Of Chicago, Dept. Of Water<br>205 West Randolph Street #1100<br>Chicago, Illinois 60606 | 329.80 | 329.80 | 0.00 | 329.80 | 329.80 |
| | | | <7100-00 General Unsecured 726(a)(2)> | | | | | |

(*) Denotes objection to Amount Filed

## Claims Distribution Register

### Case: 13-05091-TAB VERANDA WILLIAMS

| Claim # | Date | Pri | Claimant Proof/<Category>/Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 16 | 01/19/17 | 300 | Credit Collection Services<br>Two Wells Ave<br>Newton, Ma 02459 | 345.00 | 345.00 | 0.00 | 345.00 | 345.00 |
| | | | <7100-00 General Unsecured 726(a)(2)> | | | | | |
| 17 | 01/19/17 | 300 | Peoples Gas<br>130 E. Randolph<br>Chicago, Il 60601 | 113.00 | 113.00 | 0.00 | 113.00 | 113.00 |
| | | | <7100-00 General Unsecured 726(a)(2)> | | | | | |
| 18 | 01/19/17 | 300 | Chicago Tribune<br>Po Box 87410<br>Carol Stream, Il 60188-7410 | 11.70 | 11.70 | 0.00 | 11.70 | 11.70 |
| | | | <7100-00 General Unsecured 726(a)(2)> | | | | | |
| | | | **Total for Priority 300 100.68 % Paid** | 115,824.17 | 115,824.17 | 0.00 | 115,824.17 | 115,824.17 |
| | | | **Total for Unsecured Claims:** | 115,824.17 | 115,824.17 | 0.00 | 115,824.17 | 115,824.17 |

### Secured Claims

| Claim # | Date | Pri | Claimant Proof/<Category>/Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| | | 999 | VERANDA WILLIAMS<br>4617 South Lake Park Avenue<br>Chicago, IL 60653 | 1,199,296.85 | 1,199,296.85 | 0.00 | 1,199,296.85 | 1,199,296.85 |
| | | | <8200-00 Surplus Funds Paid to Debtor 726 (a)(6) (includes Payments to shareholders and limited partners)> | | | | | |
| | | | **Total for Priority 999 100.00 % Paid** | 1,199,296.85 | 1,199,296.85 | 0.00 | 1,199,296.85 | 1,199,296.85 |
| | | | **Total for Secured Claims:** | 1,199,296.85 | 1,199,296.85 | 0.00 | 1,199,296.85 | 1,199,296.85 |

### Interest Claims

| Claim # | Date | Pri | Claimant Proof/<Category>/Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 1i | 11/17/15 | 640 | Navient Solutions, Inc.<br>Department Of Education<br>Loan Services<br>P.O. Box 9635<br>Wilkes-Barre, Pa 18773-9635 | 177.86 | 177.86 | 0.00 | 177.86 | 177.86 |
| | | | <7990-00 Surplus Case interest on General Unsecured 726(a)(2)> | | | | | |
| 2i | 11/17/15 | 640 | Navient Solutions Inc.<br>220 Lasley Ave<br>Wilkes-Barre, Pa 18706 | 132.66 | 132.66 | 0.00 | 132.66 | 132.66 |
| | | | <7990-00 Surplus Case interest on General Unsecured 726(a)(2)> | | | | | |
| 3i | 01/18/17 | 640 | Equian, Recovery Agent For<br>Hcsc, Bsbs Of Illinois<br>9390 Bunsen Parkway<br>Louisville, Ky 40220 | 450.79 | 450.79 | 0.00 | 450.79 | 450.79 |
| | | | <7990-00 Surplus Case interest on General Unsecured 726(a)(2)> | | | | | |
| 4i | 01/19/17 | 640 | Lakeshore Anesthesia<br>1733 Washington Street<br>Suite 201<br>Waukegan, Illinois 60085 | 0.07 | 0.07 | 0.00 | 0.07 | 0.07 |
| | | | <7990-00 Surplus Case interest on General Unsecured 726(a)(2)> | | | | | |
| 5i | 01/19/17 | 640 | At&T<br>8014 Bayberry Rd<br>Jacksonville, Fl 32256 | 2.17 | 2.17 | 0.00 | 2.17 | 2.17 |

## Claims Distribution Register

### Case: 13-05091-TAB VERANDA WILLIAMS

| Claim # | Date | Pri | Claimant Proof/<Category>/Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| | | | <7990-00 Surplus Case interest on General Unsecured 726(a)(2)> | | | | | |
| 6i | 01/19/17 | 640 | Our Lady Of Resurrection<br>861 Coronado Ctr Dr<br>Henderson, Nv 89052 | 8.80 | 8.80 | 0.00 | 8.80 | 8.80 |
| | | | <7990-00 Surplus Case interest on General Unsecured 726(a)(2)> | | | | | |
| 7i | 01/19/17 | 640 | University Of Illinois, Dept. Of Gynecology<br>P.O. Box 1010<br>Tinley Park, Illinois 60477 | 0.77 | 0.77 | 0.00 | 0.77 | 0.77 |
| | | | <7990-00 Surplus Case interest on General Unsecured 726(a)(2)> | | | | | |
| 8i | 01/19/17 | 640 | University Of Illinois, Dept. Of Psychiatry<br>P.O. Box 1010<br>Tinley Park, Illinois 60477 | 0.96 | 0.96 | 0.00 | 0.96 | 0.96 |
| | | | <7990-00 Surplus Case interest on General Unsecured 726(a)(2)> | | | | | |
| 9i | 01/19/17 | 640 | University Of Illinois, Dept. Of Psychiatry<br>1460 Renaissance Drive<br>Park Ridge, Illinois 60068 | 1.93 | 1.93 | 0.00 | 1.93 | 1.93 |
| | | | <7990-00 Surplus Case interest on General Unsecured 726(a)(2)> | | | | | |
| 10i | 01/19/17 | 640 | University Of Illinois, Dept. Of Anesthesia<br>1460 Renaissance Drive<br>Park Ridge, Illinois 60068 | 0.59 | 0.59 | 0.00 | 0.59 | 0.59 |
| | | | <7990-00 Surplus Case interest on General Unsecured 726(a)(2)> | | | | | |
| 11i | 01/19/17 | 640 | University Of Illinois, Dept. Of Surgery<br>1460 Renaissance Drive<br>Park Ridge, Illinois 60068 | 1.22 | 1.22 | 0.00 | 1.22 | 1.22 |
| | | | <7990-00 Surplus Case interest on General Unsecured 726(a)(2)> | | | | | |
| 12i | 01/19/17 | 640 | Bank Of America<br>Po Box 982235<br>El Paso, Tx 79998 | 4.71 | 4.71 | 0.00 | 4.71 | 4.71 |
| | | | <7990-00 Surplus Case interest on General Unsecured 726(a)(2)> | | | | | |
| 13i | 01/19/17 | 640 | University Of Illinois Hospital<br>8332 Innovation Way<br>Chicago, Illinois 60682 | 2.03 | 2.03 | 0.00 | 2.03 | 2.03 |
| | | | <7990-00 Surplus Case interest on General Unsecured 726(a)(2)> | | | | | |
| 14i | 01/19/17 | 640 | University Of Chicago Pathology<br>4810 Paysphere Circle<br>Chicago, Illinois 60674 | 1.09 | 1.09 | 0.00 | 1.09 | 1.09 |
| | | | <7990-00 Surplus Case interest on General Unsecured 726(a)(2)> | | | | | |
| 15i | 01/19/17 | 640 | City Of Chicago, Dept. Of Water<br>205 West Randolph Street #1100<br>Chicago, Illinois 60606 | 2.25 | 2.25 | 0.00 | 2.25 | 2.25 |
| | | | <7990-00 Surplus Case interest on General Unsecured 726(a)(2)> | | | | | |

## Claims Distribution Register

### Case: 13-05091-TAB VERANDA WILLIAMS

| Claim # | Date | Pri | Claimant Proof/<Category>/Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 16i | 01/19/17 | 640 | Credit Collection Services<br>Two Wells Ave<br>Newton, Ma 02459 | 2.36 | 2.36 | 0.00 | 2.36 | 2.36 |
| | | | <7990-00 Surplus Case interest on General Unsecured 726(a)(2)> | | | | | |
| 17i | 01/19/17 | 640 | Peoples Gas<br>130 E. Randolph<br>Chicago, Il 60601 | 0.77 | 0.77 | 0.00 | 0.77 | 0.77 |
| | | | <7990-00 Surplus Case interest on General Unsecured 726(a)(2)> | | | | | |
| 18i | 01/19/17 | 640 | Chicago Tribune<br>Po Box 87410<br>Carol Stream, Il 60188-7410 | 0.08 | 0.08 | 0.00 | 0.08 | 0.08 |
| | | | <7990-00 Surplus Case interest on General Unsecured 726(a)(2)> | | | | | |
| | | | **Total for Priority  640   100.00 % Paid** | 791.11 | 791.11 | 0.00 | 791.11 | 791.11 |
| | | | **Total for Interest Claims:** | 791.11 | 791.11 | 0.00 | 791.11 | 791.11 |
| | | | **Total for Case:** | 1,380,961.24 | 1,380,961.24 | 0.00 | 1,380,961.24 | 1,381,752.35 |

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-05091
Case Name: VERANDA WILLIAMS
Trustee Name: BARRY A. CHATZ

Balance on hand $ 1,381,752.35

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BARRY A. CHATZ | $ 55,336.54 | $ 0.00 | $ 55,336.54 |
| Attorney for Trustee Fees: GREGORY K. STERN, P.C. | $ 10,475.50 | $ 0.00 | $ 10,475.50 |
| Attorney for Trustee Expenses: GREGORY K. STERN, P.C. | $ 28.18 | $ 0.00 | $ 28.18 |

Total to be paid for chapter 7 administrative expenses $ 65,840.22

Remaining Balance $ 1,315,912.13

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 115,824.17 have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Navient Solutions, Inc. Department Of Education | $ 26,039.79 | $ 0.00 | $ 26,039.79 |
| 2 | Navient Solutions Inc. | $ 19,422.88 | $ 0.00 | $ 19,422.88 |
| 3 | Equian, Recovery Agent For Hcsc, Bsbs Of Illinois | $ 66,000.00 | $ 0.00 | $ 66,000.00 |
| 4 | Lakeshore Anesthesia | $ 10.00 | $ 0.00 | $ 10.00 |
| 5 | At&T | $ 317.00 | $ 0.00 | $ 317.00 |
| 6 | Our Lady Of Resurrection | $ 1,288.00 | $ 0.00 | $ 1,288.00 |
| 7 | University Of Illinois, Dept. Of Gynecology | $ 113.00 | $ 0.00 | $ 113.00 |
| 8 | University Of Illinois, Dept. Of Psychiatry | $ 140.00 | $ 0.00 | $ 140.00 |
| 9 | University Of Illinois, Dept. Of Psychiatry | $ 282.00 | $ 0.00 | $ 282.00 |
| 10 | University Of Illinois, Dept. Of Anesthesia | $ 86.00 | $ 0.00 | $ 86.00 |
| 11 | University Of Illinois, Dept. Of Surgery | $ 179.00 | $ 0.00 | $ 179.00 |
| 12 | Bank Of America | $ 690.00 | $ 0.00 | $ 690.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 13 | University Of Illinois Hospital | $ 297.00 | $ 0.00 | $ 297.00 |
| 14 | University Of Chicago Pathology | $ 160.00 | $ 0.00 | $ 160.00 |
| 15 | City Of Chicago, Dept. Of Water | $ 329.80 | $ 0.00 | $ 329.80 |
| 16 | Credit Collection Services | $ 345.00 | $ 0.00 | $ 345.00 |
| 17 | Peoples Gas | $ 113.00 | $ 0.00 | $ 113.00 |
| 18 | Chicago Tribune | $ 11.70 | $ 0.00 | $ 11.70 |

| | |
|---|---|
| Total to be paid to timely general unsecured creditors | $ 115,824.17 |
| Remaining Balance | $ 1,200,087.96 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

   To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 0.2 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 791.11 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

   The amount of surplus returned to the debtor after payment of all claims and interest is $ 1,199,296.85 .