# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| VERANDA WILLIAMS, | Case No. 13-05091 |
| Debtor. | Honorable Timothy A. Barnes |

## CERTIFICATE OF SERVICE BY MAIL

I, Barry A. Chatz, an attorney, certify I caused a copy of the attached Amended Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) to be sent to all creditors and other parties in interest of Veranda Williams, which are listed on the attached Service List by deposit in U.S. Mail, first class postage prepaid, on October 13, 2017.

/s/ Barry A Chatz, Trustee

Barry A. Chatz (ARDC# 06196639)
161 North Clark Street
Suite 4200
Chicago, IL  60601
(312) 876-7100
(312) 876-0288 Facsimile
barry.chatz@saul.com

Bank of America, N.A.
c/o Johnson, Blumberg, & Associates, LLC
230 W. Monroe St., Suite 1125
Chicago, IL 60606-4723

AT&T
8014 Bayberry Rd
Jacksonville, FL 32256-7412

Bank of America
PO Box 5170
Simi Valley, CA 93062-5170

(p)BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

Biehl & Biehl
for chicago tribune circulation
PO Box 87410
Carol Stream, IL 60188-7410

Certified Services
(for Lake Shore Anesthesia)
1733 Washington Ste 201
Waukegan, IL 60085-5192

Chicago Tribune
PO Box 87410
Carol Stream, IL 60188-7410

City of Chicago Dept of Water
205 W. Randolph #1100
Chicago, IL 60606-1813

City of Chicago, Dept. of Water
205 West Randolph Street
#1100
Chicago, Illinois 60606-1813

Credit Collection Services
Two Wells Ave
Newton, MA 02459-3246

Enhanced Recovery
(For At&t)
8014 Bay Berry Rd
Jacksonville, FL 32256-7412

Equian, recovery agent for HCSC, BSBS of Ill
9390 Bunsen Parkway
Louisville, KY 40220-3789

Grant & Weber
for Our Lady of Resurrection
861 Coronado Ctr. Dr
Henderson, NV 89052-3992

Illinois Collection Services
For University of Il Dept of
Gynecology
PO Box 1010
Tinely Park, IL 60477-9110

Lake Shore Anesthesia
1733 Washington St Ste 201
Waukegan, IL 60085-5179

Lakeshore Anesthesia
1733 Washington Street
Suite 201
Waukegan, Illinois 60085-5179

Medical Business Bureau
1460 Renassiance
Park Ridge, IL 60068-1349

Medical Business Bureau
U of I Dept of Anesthesia
1460 Renassiance dr
Park Ridge, IL 60068-1349

Medical Business Bureau
U of I Dept of Psychiatry
1460 Renassiance dr
Park Ridge, IL 60068-1349

National Collegate Trust
5626 Frontz Rd
Dublin, OH 43017-1559

Navient Solutions Inc.
220 Lasley Ave
Wilkes-Barre, PA 18706-1430

Navient Solutions, Inc. Department of Educat
Loan Services
P.O. Box 9635
Wilkes-Barre, PA 18773-9635

Nco Financial Services Inc
National Collegate Trust
5626 Frontz Rd
Dublin, OH 43017-1559

Our Lady of Resurrection
861 Coronado Ctr Dr
Henderson, NV 89052-3992

Peoples Gas
130 E. Randolph
Chicago, IL 60601-6207

Sallie Mae
11100 USA Pkwy
Fishers, IN 46037-9203

U Of I Hospital
and Health Science System
8332 Innovation Way
Chicago, IL 60682-0083

U of I Dept of Anesthesia
1460 Renassiance dr
Park Ridge, IL 60068-1331

U of I Dept of Psychiatry
1460 Renassiance dr
Park Ridge, IL 60068-1331

U of I Dept of Surgery
1460 Renassiance dr
Park Ridge, IL 60068-1331

UIC Pathology
4810 Paysphere Circle
Chicago, IL 60674-0048

University of Chicago Pathology
4810 Paysphere Circle
Chicago, Illinois 60674-0048

University of IL Dept
of Psychiatry
1460 Renassiance dr
Park Ridge, IL 60068-1331

University of Il Dept of
Gynecology
PO Box 1010
Tinely Park, IL 60477-9110

University of Illinois Hospital
8332 Innovation Way
Chicago, Illinois 60682-0083

University of Illinois Pathology
4810 Payshpere Circle
Chicago, Illinois 60674-0048

University of Illinois, Dept. of Anesthesia
1460 Renaissance Drive
Park Ridge, Illinois 60068-1331

University of Illinois, Dept. of Gynecology
P.O. Box 1010
Tinley Park, Illinois 60477-9110

University of Illinois, Dept. of Psychiatry
1460 Renaissance Drive
Park Ridge, Illinois 60068-1331

University of Illinois, Dept. of Psychiatry
P.O. Box 1010
Tinley Park, Illinois 60477-9110

University of Illinois, Dept. of Surgery
1460 Renaissance Drive
Park Ridge, Illinois 60068-1331

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

Veranda Williams
1301 1st Ave
# 816
Seattle, WA 98101-2145

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| VERANDA WILLIAMS | § | Case No. 13-05091 |
| | § | |
| Debtor | § | |

## AMENDED NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BARRY A. CHATZ, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objection upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on Wednesday, November 15, 2017 in Courtroom 744, U.S. COURTHOUSE, 219 S. DEARBORN ST., CHICAGO, IL 60604.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 10/13/2017                By: /s/ Barry A. Chatz, Trustee
                                              Trustee

*BARRY A. CHATZ*
*161 NORTH CLARK STREET*
*SUITE 4200*
*CHICAGO, IL 60601*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| VERANDA WILLIAMS | § | Case No. 13-05091 |
| | § | |
| Debtor | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 2,268,848.05 |
| and approved disbursements of | $ | 887,095.70 |
| leaving a balance on hand of[1] | $ | 1,381,752.35 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: BARRY A. CHATZ | $ 55,336.54 | $ 0.00 | $ 55,336.54 |
| Attorney for Trustee Fees: GREGORY K. STERN, P.C. | $ 10,475.50 | $ 0.00 | $ 10,475.50 |
| Attorney for Trustee Expenses: GREGORY K. STERN, P.C. | $ 28.18 | $ 0.00 | $ 28.18 |

Total to be paid for chapter 7 administrative expenses     $ 65,840.22
Remaining Balance                                          $ 1,315,912.13

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) (Page: 2)

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 115,824.17 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Navient Solutions, Inc. Department Of Education | $ 26,039.79 | $ 0.00 | $ 26,039.79 |
| 2 | Navient Solutions Inc. | $ 19,422.88 | $ 0.00 | $ 19,422.88 |
| 3 | Equian, Recovery Agent For Hcsc, Bsbs Of Illinois | $ 66,000.00 | $ 0.00 | $ 66,000.00 |
| 4 | Lakeshore Anesthesia | $ 10.00 | $ 0.00 | $ 10.00 |
| 5 | At&T | $ 317.00 | $ 0.00 | $ 317.00 |
| 6 | Our Lady Of Resurrection | $ 1,288.00 | $ 0.00 | $ 1,288.00 |
| 7 | University Of Illinois, Dept. Of Gynecology | $ 113.00 | $ 0.00 | $ 113.00 |
| 8 | University Of Illinois, Dept. Of Psychiatry | $ 140.00 | $ 0.00 | $ 140.00 |
| 9 | University Of Illinois, Dept. Of Psychiatry | $ 282.00 | $ 0.00 | $ 282.00 |
| 10 | University Of Illinois, Dept. Of Anesthesia | $ 86.00 | $ 0.00 | $ 86.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 11 | University Of Illinois, Dept. Of Surgery | $ 179.00 | $ 0.00 | $ 179.00 |
| 12 | Bank Of America | $ 690.00 | $ 0.00 | $ 690.00 |
| 13 | University Of Illinois Hospital | $ 297.00 | $ 0.00 | $ 297.00 |
| 14 | University Of Chicago Pathology | $ 160.00 | $ 0.00 | $ 160.00 |
| 15 | City Of Chicago, Dept. Of Water | $ 329.80 | $ 0.00 | $ 329.80 |
| 16 | Credit Collection Services | $ 345.00 | $ 0.00 | $ 345.00 |
| 17 | Peoples Gas | $ 113.00 | $ 0.00 | $ 113.00 |
| 18 | Chicago Tribune | $ 11.70 | $ 0.00 | $ 11.70 |

Total to be paid to timely general unsecured creditors    $    115,824.17

Remaining Balance    $    1,200,087.96

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

UST Form 101-7-NFR (10/1/2010) *(Page: 4)*

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 0.2 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 791.11 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 1,199,296.85 .

Prepared By: /s/ Barry A. Chatz, Trustee
                                    Trustee

BARRY A. CHATZ
161 NORTH CLARK STREET
SUITE 4200
CHICAGO, IL 60601

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.