UNITED STATES BANKRUPTCY COURT
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

|  |  |  |
|---|---|---|
| In Re: | § | |
| | § | |
| VERANDA WILLIAMS | § | Case No. 13-05091 |
| | § | |
| Debtor | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

BARRY A. CHATZ, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 73,280.00                Assets Exempt: 4,750.00
*(Without deducting any secured claims)*

Total Distributions to Claimants:  116,615.28        Claims Discharged
                                                     Without Payment:  0.00

Total Expenses of Administration:  952,935.92

3) Total gross receipts of $ 2,268,848.05  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 1,199,296.85  (see **Exhibit 2**), yielded net receipts of $ 1,069,551.20  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 952,935.92 | 952,935.92 | 952,935.92 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | NA | 115,824.17 | 115,824.17 | 116,615.28 |
| **TOTAL DISBURSEMENTS** | $ NA | $ 1,068,760.09 | $ 1,068,760.09 | $ 1,069,551.20 |

4)  This case was originally filed under chapter 7 on  02/11/2013 .  The case was pending for 61 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  02/23/2018 _____          By:/s/BARRY A. CHATZ, TRUSTEE _____
                                                                                               Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Cause of Action | 1249-000 | 2,268,848.05 |
| **TOTAL GROSS RECEIPTS** | | **$ 2,268,848.05** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| VERANDA WILLIAMS | Surplus Funds Paid to Debtor 726 (a)(6) (includes Payments to shareholders and limited partners) | 8200-002 | 1,199,296.85 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 1,199,296.85** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BARRY A. CHATZ | 2100-000 | NA | 55,336.54 | 55,336.54 | 55,336.54 |
| BARRY A. CHATZ | 2200-000 | NA | 0.00 | 0.00 | 0.00 |
| GREGORY K. STERN, P.C. | 3210-000 | NA | 10,475.50 | 10,475.50 | 10,475.50 |
| Thomas F. Boleky and Beutel Hurst Boleky LLC | 3210-000 | NA | 887,095.70 | 887,095.70 | 887,095.70 |
| GREGORY K. STERN, P.C. | 3220-000 | NA | 28.18 | 28.18 | 28.18 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 952,935.92 | $ 952,935.92 | $ 952,935.92 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 12 | Bank Of America | 7100-000 | NA | 690.00 | 690.00 | 690.00 |
| 18 | Chicago Tribune | 7100-000 | NA | 11.70 | 11.70 | 11.70 |
| 15 | City Of Chicago, Dept. Of Water | 7100-000 | NA | 329.80 | 329.80 | 329.80 |
| 16 | Credit Collection Services | 7100-000 | NA | 345.00 | 345.00 | 345.00 |
| 3 | Equian, Recovery Agent For Hcsc, Bsbs Of Illinois | 7100-000 | NA | 66,000.00 | 66,000.00 | 66,000.00 |
| 2 | Navient Solutions Inc. | 7100-000 | NA | 19,422.88 | 19,422.88 | 19,422.88 |
| 1 | Navient Solutions, Inc. Department Of Education | 7100-000 | NA | 26,039.79 | 26,039.79 | 26,039.79 |
| 17 | Peoples Gas | 7100-000 | NA | 113.00 | 113.00 | 113.00 |
| 5 | At&T | 7100-001 | NA | 317.00 | 317.00 | 317.00 |
| 4 | Lakeshore Anesthesia | 7100-001 | NA | 10.00 | 10.00 | 10.00 |
| 6 | Our Lady Of Resurrection | 7100-001 | NA | 1,288.00 | 1,288.00 | 1,288.00 |
| 14 | University Of Chicago Pathology | 7100-001 | NA | 160.00 | 160.00 | 160.00 |
| 13 | University Of Illinois Hospital | 7100-001 | NA | 297.00 | 297.00 | 297.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 10 | University Of Illinois, Dept. Of Anesthesia | 7100-001 | NA | 86.00 | 86.00 | 86.00 |
| 7 | University Of Illinois, Dept. Of Gynecology | 7100-001 | NA | 113.00 | 113.00 | 113.00 |
| 8 | University Of Illinois, Dept. Of Psychiatry | 7100-001 | NA | 140.00 | 140.00 | 140.00 |
| 9 | University Of Illinois, Dept. Of Psychiatry | 7100-001 | NA | 282.00 | 282.00 | 282.00 |
| 11 | University Of Illinois, Dept. Of Surgery | 7100-001 | NA | 179.00 | 179.00 | 179.00 |
| | Bank Of America | 7990-000 | NA | NA | NA | 4.71 |
| | Chicago Tribune | 7990-000 | NA | NA | NA | 0.08 |
| | City Of Chicago, Dept. Of Water | 7990-000 | NA | NA | NA | 2.25 |
| | Credit Collection Services | 7990-000 | NA | NA | NA | 2.36 |
| | Equian, Recovery Agent For Hcsc, Bsbs Of Illinois | 7990-000 | NA | NA | NA | 450.79 |
| | Navient Solutions Inc. | 7990-000 | NA | NA | NA | 132.66 |
| | Navient Solutions, Inc. Department Of Education | 7990-000 | NA | NA | NA | 177.86 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Peoples Gas | 7990-000 | NA | NA | NA | 0.77 |
| | At&T | 7990-001 | NA | NA | NA | 2.17 |
| | Lakeshore Anesthesia | 7990-001 | NA | NA | NA | 0.07 |
| | Our Lady Of Resurrection | 7990-001 | NA | NA | NA | 8.80 |
| | University Of Chicago Pathology | 7990-001 | NA | NA | NA | 1.09 |
| | University Of Illinois Hospital | 7990-001 | NA | NA | NA | 2.03 |
| | University Of Illinois, Dept. Of Anesthesia | 7990-001 | NA | NA | NA | 0.59 |
| | University Of Illinois, Dept. Of Gynecology | 7990-001 | NA | NA | NA | 0.77 |
| | University Of Illinois, Dept. Of Psychiatry | 7990-001 | NA | NA | NA | 2.89 |
| | University Of Illinois, Dept. Of Surgery | 7990-001 | NA | NA | NA | 1.22 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ NA | $ 115,824.17 | $ 115,824.17 | $ 116,615.28 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 13-05091 | TAB | Judge: | Timothy A. Barnes | Trustee Name: | BARRY A. CHATZ, TRUSTEE |
|---|---|---|---|---|---|---|

Case Name:   VERANDA WILLIAMS

Date Filed (f) or Converted (c):   02/11/2013 (f)

341(a) Meeting Date:   04/04/2013

For Period Ending:   02/23/2018

Claims Bar Date:   01/19/2016

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.  Real estate - 8231 South Saginaw Avenue, Chicago | 70,180.00 | 0.00 | | 0.00 | FA |
| 2.  Household goods and furnishings | 1,200.00 | 0.00 | | 0.00 | FA |
| 3.  BANK ACCOUNTS | 0.00 | 0.00 | | 0.00 | FA |
| 4.  Wearing apparel | 1,000.00 | 0.00 | | 0.00 | FA |
| 5.  Jewelry | 100.00 | 0.00 | | 0.00 | FA |
| 6.  Automobiles, Trucks and Vehicles | 5,500.00 | 0.00 | | 0.00 | FA |
| 7.  Animals | 50.00 | 0.00 | | 0.00 | FA |
| 8.  Cause of Action (u) | Unknown | 0.00 | | 2,268,848.05 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $78,030.00 | $0.00 | | $2,268,848.05 | $0.00 |
|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Single asset is personal injury case being prosecuted by attorney Thomas F. Boleky as Special Counsel.
Judge ruled $8.7 million verdict reduced to $2.2 million.

Exhibit 8

| RE PROP # | 1 | -- | Personal home located at 8231 South Saginaw Avenue, Chicago, IL 60617 |
|---|---|---|---|
| RE PROP # | 2 | -- | Washer, dryer, refrigerator, stove, 2 beds, 2 TVs, 2 DVDs, desktop, laptop computer and various household furnishings, deep freezer, school books, CDs<br>Petition value was decreased by the filing of Amendment to Schedule B on 9/2/15 |
| RE PROP # | 3 | -- | Chase Bank checking account and Chase Bank savings account |
| RE PROP # | 4 | -- | Personal clothing of Debtor |
| RE PROP # | 5 | -- | Earrings, bracelets, necklace<br>Petition value was decreased by the filing of Amendment to Schedule B on 9/2/15 |
| RE PROP # | 6 | -- | 2003 Nissan Murano |
| RE PROP # | 7 | -- | One cat (pet)<br>Petition value was decreased by the filing of Amendment to Schedule B on 9/2/15 |
| RE PROP # | 8 | -- | Medical malpractice case<br>2010 L 003878 Veranda L. Williams v. Northwestern Memorial Hospital, et al.<br>Case is set for trial in October 2016.<br>Verdict reduced to $2.2 million minus fees and costs to be paid. |

Initial Projected Date of Final Report (TFR): 12/31/2016          Current Projected Date of Final Report (TFR): 12/31/2018

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | | |
|---|---|---|
| Case No: 13-05091 | Trustee Name: BARRY A. CHATZ, TRUSTEE | |
| Case Name: VERANDA WILLIAMS | Bank Name: Union Bank | |
| | Account Number/CD#: XXXXXX0920 | |
| | Checking | |
| Taxpayer ID No: XX-XXX9941 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 02/23/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/23/17 | 8 | NORTHWESTERN MEMORIAL HEALTHCARE 541 N. FAIRBANKS CT. 16TH FLOOR CHICAGO, IL  60611 | SETTLEMENT FUNDS | 1249-000 | $2,268,848.05 | | $2,268,848.05 |
| 08/29/17 | 400001 | Thomas F. Boleky and Beutel Hurst Boleky LLC 350 North laSalle Street Suite 810 Chicago, IL 60654 | ATTORNEY FEES AND EXPENSES | 3210-000 | | $887,095.70 | $1,381,752.35 |
| 11/15/17 | 400002 | BARRY A. CHATZ 161 N. CLARK STREET SUITE 4200 CHICAGO, IL  60601 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $55,336.54 | $1,326,415.81 |
| 11/15/17 | 400003 | GREGORY K. STERN, P.C. 53 WEST JACKSON BOULEVARD SUITE 1442 CHICAGO, IL  60606 | Distribution | | | $10,503.68 | $1,315,912.13 |
| | | GREGORY K. STERN, P.C. | Final distribution representing a payment of 100.00 % per court order.   ($10,475.50) | 3210-000 | | | |
| | | GREGORY K. STERN, P.C. | Final distribution representing a payment of 100.00 % per court order.   ($28.18) | 3220-000 | | | |
| 11/15/17 | 400004 | Navient Solutions, Inc. Department Of Education Loan Services P.O. Box 9635 Wilkes-Barre, Pa 18773-9635 | Final distribution to claim 1 representing a payment of 100.00 % per court order. | | | $26,217.65 | $1,289,694.48 |
| | | | ($177.86) | 7990-000 | | | |
| | | Navient Solutions, Inc. Department Of Education | Final distribution to claim 1 representing a payment of 100.00 % per court order.   ($26,039.79) | 7100-000 | | | |
| 11/15/17 | 400005 | Navient Solutions Inc. 220 Lasley Ave Wilkes-Barre, Pa 18706 | Final distribution to claim 2 representing a payment of 100.00 % per court order. | | | $19,555.54 | $1,270,138.94 |
| | | | ($132.66) | 7990-000 | | | |

| | | | Page Subtotals: | | $2,268,848.05 | $998,709.11 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 13-05091 | Trustee Name: BARRY A. CHATZ, TRUSTEE |
| Case Name: VERANDA WILLIAMS | Bank Name: Union Bank |
| | Account Number/CD#: XXXXXX0920 |
| | Checking |
| Taxpayer ID No: XX-XXX9941 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 02/23/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | Navient Solutions Inc. | Final distribution to claim 2 representing a payment of 100.00 % per court order. ($19,422.88) | 7100-000 | | | |
| 11/15/17 | 400006 | Equian, Recovery Agent For Hcsc, Bsbs Of Illinois 9390 Bunsen Parkway Louisville, Ky 40220 | Final distribution to claim 3 representing a payment of 100.00 % per court order. | | | $66,450.79 | $1,203,688.15 |
| | | | ($450.79) | 7990-000 | | | |
| | | Equian, Recovery Agent For Hcsc, Bsbs Of Illinois | Final distribution to claim 3 representing a payment of 100.00 % per court order. ($66,000.00) | 7100-000 | | | |
| 11/15/17 | 400007 | Lakeshore Anesthesia 1733 Washington Street Suite 201 Waukegan, Illinois 60085 | Final distribution to claim 4 representing a payment of 100.00 % per court order. | | | $10.07 | $1,203,678.08 |
| | | | ($0.07) | 7990-000 | | | |
| | | Lakeshore Anesthesia | Final distribution to claim 4 representing a payment of 100.00 % per court order. ($10.00) | 7100-000 | | | |
| 11/15/17 | 400008 | At&T 8014 Bayberry Rd Jacksonville, Fl 32256 | Final distribution to claim 5 representing a payment of 100.00 % per court order. | | | $319.17 | $1,203,358.91 |
| | | | ($2.17) | 7990-000 | | | |
| | | At&T | Final distribution to claim 5 representing a payment of 100.00 % per court order. ($317.00) | 7100-000 | | | |
| 11/15/17 | 400009 | Our Lady Of Resurrection 861 Coronado Ctr Dr Henderson, Nv 89052 | Final distribution to claim 6 representing a payment of 100.00 % per court order. | | | $1,296.80 | $1,202,062.11 |
| | | | ($8.80) | 7990-000 | | | |
| | | Our Lady Of Resurrection | Final distribution to claim 6 representing a payment of 100.00 % per court order. ($1,288.00) | 7100-000 | | | |

Page Subtotals:                                    $0.00          $68,076.83

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 13-05091 | Trustee Name: BARRY A. CHATZ, TRUSTEE |
| Case Name: VERANDA WILLIAMS | Bank Name: Union Bank |
| | Account Number/CD#: XXXXXX0920 |
| | Checking |
| Taxpayer ID No: XX-XXX9941 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 02/23/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/15/17 | 400010 | University Of Illinois, Dept. Of Gynecology P.O. Box 1010 Tinley Park, Illinois 60477 | Final distribution to claim 7 representing a payment of 100.00 % per court order. | | | $113.77 | $1,201,948.34 |
| | | | ($0.77) | 7990-000 | | | |
| | | University Of Illinois, Dept. Of Gynecology | Final distribution to claim 7 ($113.00) representing a payment of 100.00 % per court order. | 7100-000 | | | |
| 11/15/17 | 400011 | University Of Illinois, Dept. Of Psychiatry P.O. Box 1010 Tinley Park, Illinois 60477 | Final distribution to claim 8 representing a payment of 100.00 % per court order. | | | $140.96 | $1,201,807.38 |
| | | | ($0.96) | 7990-000 | | | |
| | | University Of Illinois, Dept. Of Psychiatry | Final distribution to claim 8 ($140.00) representing a payment of 100.00 % per court order. | 7100-000 | | | |
| 11/15/17 | 400012 | University Of Illinois, Dept. Of Psychiatry 1460 Renaissance Drive Park Ridge, Illinois 60068 | Final distribution to claim 9 representing a payment of 100.00 % per court order. | | | $283.93 | $1,201,523.45 |
| | | | ($1.93) | 7990-000 | | | |
| | | University Of Illinois, Dept. Of Psychiatry | Final distribution to claim 9 ($282.00) representing a payment of 100.00 % per court order. | 7100-000 | | | |
| 11/15/17 | 400013 | University Of Illinois, Dept. Of Anesthesia 1460 Renaissance Drive Park Ridge, Illinois 60068 | Final distribution to claim 10 representing a payment of 100.00 % per court order. | | | $86.59 | $1,201,436.86 |
| | | | ($0.59) | 7990-000 | | | |
| | | University Of Illinois, Dept. Of Anesthesia | Final distribution to claim 10 ($86.00) representing a payment of 100.00 % per court order. | 7100-000 | | | |
| 11/15/17 | 400014 | University Of Illinois, Dept. Of Surgery 1460 Renaissance Drive Park Ridge, Illinois 60068 | Final distribution to claim 11 representing a payment of 100.00 % per court order. | | | $180.22 | $1,201,256.64 |
| | | | ($1.22) | 7990-000 | | | |

Page Subtotals: $0.00   $805.47

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 13-05091
Case Name: VERANDA WILLIAMS

Taxpayer ID No: XX-XXX9941
For Period Ending: 02/23/2018

Trustee Name: BARRY A. CHATZ, TRUSTEE
Bank Name: Union Bank
Account Number/CD#: XXXXXX0920
Checking
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | University Of Illinois, Dept. Of Surgery | Final distribution to claim 11 ($179.00) representing a payment of 100.00 % per court order. | 7100-000 | | | |
| 11/15/17 | 400015 | Bank Of America Po Box 982235 El Paso, Tx 79998 | Final distribution to claim 12 representing a payment of 100.00 % per court order. | | | $694.71 | $1,200,561.93 |
| | | | ($4.71) | 7990-000 | | | |
| | | Bank Of America | Final distribution to claim 12 ($690.00) representing a payment of 100.00 % per court order. | 7100-000 | | | |
| 11/15/17 | 400016 | University Of Illinois Hospital 8332 Innovation Way Chicago, Illinois 60682 | Final distribution to claim 13 representing a payment of 100.00 % per court order. | | | $299.03 | $1,200,262.90 |
| | | | ($2.03) | 7990-000 | | | |
| | | University Of Illinois Hospital | Final distribution to claim 13 ($297.00) representing a payment of 100.00 % per court order. | 7100-000 | | | |
| 11/15/17 | 400017 | University Of Chicago Pathology 4810 Paysphere Circle Chicago, Illinois 60674 | Final distribution to claim 14 representing a payment of 100.00 % per court order. | | | $161.09 | $1,200,101.81 |
| | | | ($1.09) | 7990-000 | | | |
| | | University Of Chicago Pathology | Final distribution to claim 14 ($160.00) representing a payment of 100.00 % per court order. | 7100-000 | | | |
| 11/15/17 | 400018 | City Of Chicago, Dept. Of Water 205 West Randolph Street #1100 Chicago, Illinois 60606 | Final distribution to claim 15 representing a payment of 100.00 % per court order. | | | $332.05 | $1,199,769.76 |
| | | | ($2.25) | 7990-000 | | | |
| | | City Of Chicago, Dept. Of Water | Final distribution to claim 15 ($329.80) representing a payment of 100.00 % per court order. | 7100-000 | | | |
| 11/15/17 | 400019 | Credit Collection Services Two Wells Ave Newton, Ma 02459 | Final distribution to claim 16 representing a payment of 100.00 % per court order. | | | $347.36 | $1,199,422.40 |

Page Subtotals: $0.00 $1,834.24

UST Form 101-7-TDR (10/1/2010) (Page: 13)

Case 13-05091   Doc 86   Filed 03/09/18   Entered 03/09/18 14:21:27   Desc Main
Document   Page 14 of 19

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 13-05091 | Trustee Name: | BARRY A. CHATZ, TRUSTEE |
|---|---|---|---|
| Case Name: | VERANDA WILLIAMS | Bank Name: | Union Bank |
| | | Account Number/CD#: | XXXXXX0920 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX9941 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 02/23/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | | ($2.36) | 7990-000 | | | |
| | | Credit Collection Services | Final distribution to claim 16 representing a payment of 100.00 % per court order. ($345.00) | 7100-000 | | | |
| 11/15/17 | 400020 | Peoples Gas 130 E. Randolph Chicago, Il 60601 | Final distribution to claim 17 representing a payment of 100.00 % per court order. | | | $113.77 | $1,199,308.63 |
| | | | ($0.77) | 7990-000 | | | |
| | | Peoples Gas | Final distribution to claim 17 representing a payment of 100.00 % per court order. ($113.00) | 7100-000 | | | |
| 11/15/17 | 400021 | Chicago Tribune Po Box 87410 Carol Stream, Il 60188-7410 | Final distribution to claim 18 representing a payment of 100.00 % per court order. | | | $11.78 | $1,199,296.85 |
| | | | ($0.08) | 7990-000 | | | |
| | | Chicago Tribune | Final distribution to claim 18 representing a payment of 100.00 % per court order. ($11.70) | 7100-000 | | | |
| 11/15/17 | 400022 | VERANDA WILLIAMS 4617 South Lake Park Avenue Chicago, IL 60653 | Distribution of surplus funds to debtor. | 8200-002 | | $1,199,296.85 | $0.00 |
| 01/09/18 | 400008 | At&T 8014 Bayberry Rd Jacksonville, Fl 32256 | Final distribution to claim 5 representing a payment of 100.00 % per court order. Reversal | | | ($319.17) | $319.17 |
| | | | $2.17 | 7990-000 | | | |
| | | At&T | Final distribution to claim 5 representing a payment of 100.00 % per court order. $317.00 | 7100-000 | | | |
| 02/14/18 | 400007 | Lakeshore Anesthesia 1733 Washington Street Suite 201 Waukegan, Illinois 60085 | Final distribution to claim 4 representing a payment of 100.00 % per court order. Reversal | | | ($10.07) | $329.24 |
| | | | $0.07 | 7990-000 | | | |

Page Subtotals:                                             $0.00        $1,199,093.16

UST Form 101-7-TDR (10/1/2010) *(Page: 14)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 13-05091
Case Name: VERANDA WILLIAMS

Taxpayer ID No: XX-XXX9941
For Period Ending: 02/23/2018

Trustee Name: BARRY A. CHATZ, TRUSTEE
Bank Name: Union Bank
Account Number/CD#: XXXXXX0920
Checking
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | Lakeshore Anesthesia | Final distribution to claim 4 representing a payment of 100.00 % per court order. $10.00 | 7100-000 | | | |
| 02/14/18 | 400009 | Our Lady Of Resurrection 861 Coronado Ctr Dr Henderson, Nv 89052 | Final distribution to claim 6 representing a payment of 100.00 % per court order. Reversal | | | ($1,296.80) | $1,626.04 |
| | | | $8.80 | 7990-000 | | | |
| | | Our Lady Of Resurrection | Final distribution to claim 6 representing a payment of 100.00 % per court order. $1,288.00 | 7100-000 | | | |
| 02/14/18 | 400010 | University Of Illinois, Dept. Of Gynecology P.O. Box 1010 Tinley Park, Illinois 60477 | Final distribution to claim 7 representing a payment of 100.00 % per court order. Reversal | | | ($113.77) | $1,739.81 |
| | | | $0.77 | 7990-000 | | | |
| | | University Of Illinois, Dept. Of Gynecology | Final distribution to claim 7 representing a payment of 100.00 % per court order. $113.00 | 7100-000 | | | |
| 02/14/18 | 400011 | University Of Illinois, Dept. Of Psychiatry P.O. Box 1010 Tinley Park, Illinois 60477 | Final distribution to claim 8 representing a payment of 100.00 % per court order. Reversal | | | ($140.96) | $1,880.77 |
| | | | $0.96 | 7990-000 | | | |
| | | University Of Illinois, Dept. Of Psychiatry | Final distribution to claim 8 representing a payment of 100.00 % per court order. $140.00 | 7100-000 | | | |
| 02/14/18 | 400012 | University Of Illinois, Dept. Of Psychiatry 1460 Renaissance Drive Park Ridge, Illinois 60068 | Final distribution to claim 9 representing a payment of 100.00 % per court order. Reversal | | | ($283.93) | $2,164.70 |
| | | | $1.93 | 7990-000 | | | |
| | | University Of Illinois, Dept. Of Psychiatry | Final distribution to claim 9 representing a payment of 100.00 % per court order. $282.00 | 7100-000 | | | |

Page Subtotals: $0.00   ($1,835.46)

UST Form 101-7-TDR (10/1/2010) *(Page: 15)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | | |
|---|---|---|
| Case No: 13-05091 | Trustee Name: BARRY A. CHATZ, TRUSTEE | |
| Case Name: VERANDA WILLIAMS | Bank Name: Union Bank | |
| | Account Number/CD#: XXXXXX0920 | |
| | Checking | |
| Taxpayer ID No: XX-XXX9941 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 02/23/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/14/18 | 400013 | University Of Illinois, Dept. Of Anesthesia 1460 Renaissance Drive Park Ridge, Illinois 60068 | Final distribution to claim 10 representing a payment of 100.00 % per court order. Reversal | | | ($86.59) | $2,251.29 |
| | | | | $0.59 | 7990-000 | | |
| | | University Of Illinois, Dept. Of Anesthesia | Final distribution to claim 10 representing a payment of 100.00 % per court order. | $86.00 | 7100-000 | | |
| 02/14/18 | 400014 | University Of Illinois, Dept. Of Surgery 1460 Renaissance Drive Park Ridge, Illinois 60068 | Final distribution to claim 11 representing a payment of 100.00 % per court order. Reversal | | | ($180.22) | $2,431.51 |
| | | | | $1.22 | 7990-000 | | |
| | | University Of Illinois, Dept. Of Surgery | Final distribution to claim 11 representing a payment of 100.00 % per court order. | $179.00 | 7100-000 | | |
| 02/14/18 | 400016 | University Of Illinois Hospital 8332 Innovation Way Chicago, Illinois 60682 | Final distribution to claim 13 representing a payment of 100.00 % per court order. Reversal | | | ($299.03) | $2,730.54 |
| | | | | $2.03 | 7990-000 | | |
| | | University Of Illinois Hospital | Final distribution to claim 13 representing a payment of 100.00 % per court order. | $297.00 | 7100-000 | | |
| 02/14/18 | 400017 | University Of Chicago Pathology 4810 Paysphere Circle Chicago, Illinois 60674 | Final distribution to claim 14 representing a payment of 100.00 % per court order. Reversal | | | ($161.09) | $2,891.63 |
| | | | | $1.09 | 7990-000 | | |
| | | University Of Chicago Pathology | Final distribution to claim 14 representing a payment of 100.00 % per court order. | $160.00 | 7100-000 | | |
| 02/14/18 | 400023 | Clerk, U.S. Bankruptcy Court | Remit To Court | | | $2,891.63 | $0.00 |

| | | | Page Subtotals: | | $0.00 | $2,164.70 | |

Case 13-05091 Doc 86 Filed 03/09/18 Entered 03/09/18 14:21:27 Desc Main

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Document Page 17 of 19

Exhibit 9

| | |
|---|---|
| Case No: 13-05091 | Trustee Name: BARRY A. CHATZ, TRUSTEE |
| Case Name: VERANDA WILLIAMS | Bank Name: Union Bank |
| | Account Number/CD#: XXXXXX0920 |
| | Checking |
| Taxpayer ID No: XX-XXX9941 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 02/23/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | | ($19.63) | 7990-000 | | | |
| | | University Of Chicago Pathology | Final distribution to claim 14 representing a payment of 100.00 % per court order. ($160.00) | 7100-001 | | | |
| | | University Of Illinois Hospital | Final distribution to claim 13 representing a payment of 100.00 % per court order. ($297.00) | 7100-001 | | | |
| | | University Of Illinois, Dept. Of Surgery | Final distribution to claim 11 representing a payment of 100.00 % per court order. ($179.00) | 7100-001 | | | |
| | | University Of Illinois, Dept. Of Anesthesia | Final distribution to claim 10 representing a payment of 100.00 % per court order. ($86.00) | 7100-001 | | | |
| | | University Of Illinois, Dept. Of Psychiatry | Final distribution to claim 9 representing a payment of 100.00 % per court order. ($282.00) | 7100-001 | | | |
| | | University Of Illinois, Dept. Of Psychiatry | Final distribution to claim 8 representing a payment of 100.00 % per court order. ($140.00) | 7100-001 | | | |
| | | University Of Illinois, Dept. Of Gynecology | Final distribution to claim 7 representing a payment of 100.00 % per court order. ($113.00) | 7100-001 | | | |
| | | Our Lady Of Resurrection | Final distribution to claim 6 representing a payment of 100.00 % per court order. ($1,288.00) | 7100-001 | | | |
| | | At&T | Final distribution to claim 5 representing a payment of 100.00 % per court order. ($317.00) | 7100-001 | | | |
| | | Lakeshore Anesthesia | Final distribution to claim 4 representing a payment of 100.00 % per court order. ($10.00) | 7100-001 | | | |

| | | |
|---|---|---|
| COLUMN TOTALS | $2,268,848.05 | $2,268,848.05 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $2,268,848.05 | $2,268,848.05 |
| Page Subtotals: | $0.00 | $0.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 17)*

Less: Payments to Debtors            $0.00         $1,199,296.85

Net                          $2,268,848.05     $1,069,551.20

Exhibit 9

Page Subtotals:                                 $0.00          $0.00

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0920 - Checking | $2,268,848.05 | $1,069,551.20 | $0.00 |
| | $2,268,848.05 | $1,069,551.20 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $2,268,848.05 |
| Total Gross Receipts: | $2,268,848.05 |

Page Subtotals:                    $0.00          $0.00